**Judge Mark A. Goldsmith**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-20460 |
| Plaintiff, | |
| v. | **(PROPOSED) EX PARTE ORDER GRANTING MOTION TO SEAL** |
| D-2 CARLO WILSON, | |
| Defendants. | **(FILED UNDER SEAL)** |

**<u>ORDER</u>**

This Court having considered Defendant Wilson's Motion to Seal Defendant's Motion and Memorandum in Support of an Amended Phase One Budget, hereby grants Defendant's Motion to Seal CJA budget related pleadings.

IT IS SO ORDERED this _____ day of _____, 2017.

_____
The Honorable Mark A. Goldsmith
United States District Court Judge