**Judge Mark A. Goldsmith**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-20460 |
| Plaintiff, | |
| v. | **EX PARTE MOTION TO SEAL & [PROPOSED] ORDER GRANTING MOTION TO SEAL** |
| D-2 CARLO WILSON, | |
| Defendants. | **(FILED UNDER SEAL)** |

### EX PARTE MOTION TO SEAL

Pursuant to 18 U.S.C. § 3006A, the defendant's attorney-client privilege and E.D. Mich. LCrR 12.2, Defendant Wilson files this Ex Parte Motion to Seal his Ex Parte Motion and Memorandum in Support of Substitution of CJA Counsel and all related pleadings and attachments.

\\

\\

\\

Ex Parte Motion to Seal and
[Proposed] Order Sealing                    -1-

Respectfully submitted this 6th day of July, 2017.

Walsh & Larrañaga
705 2nd Ave. Suite 501
Seattle, WA 98104
206-325-7900x5
jackie@jamlegal.com


/s/Jacqueline K. Walsh
Jacqueline K. Walsh
Washington State Bar #21651
Attorney for Carlo Wilson


## ORDER GRANTING MOTION TO SEAL

This Court having considered Defendant Wilson's Ex Parte Motion to Seal Defendant's

Ex Parte Motion and Memorandum in Support of Substitution of CJA Counsel and all related

pleadings and attachments, hereby grants Defendant's Ex Parte Motion to Seal.

SO ORDERED.


Dated:  July 6, 2017                              s/Mark A. Goldsmith
Detroit, Michigan                                 MARK A. GOLDSMITH
                                                  United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 6, 2017.

                                                  s/Karri Sandusky
                                                  Case Manager


Ex Parte Motion to Seal
and [Proposed] Order Sealing                      - 2 -