UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                             Case No. 16-cr-20460

v.

                             HON. MARK A. GOLDSMITH

EDWIN MILLS, et al.,

      Defendants.

_____/

## ORDER
## STRIKING STIPULATION AND ORDER (Dkt. 962), AND TO SHOW CAUSE

On June 24, 2019, the parties filed a stipulation and order (Dkt. 962) to amend the Group Two Defendants' scheduling order (Dkt. 475). Defendants seek to amend the deadline for them to make disclosures regarding non-mental health experts under Federal Rule of Criminal Procedure 16(b)(1)(C), as well as the briefing deadlines for motions filed under Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993). See 6/24/2019 Stip. & Order at 1-2, 5.

According to E.D. Mich. Local Rules Appendix ECF Rule 11(a), a proposed stipulation and order must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. Because the stipulation and order at issue here were both filed on the docket, the parties failed to comply with the local rule. Therefore, the Court strikes the stipulation and order.

More troubling than this procedural error, however, is the appearance of the undersigned's electronic signature on the order, which was included without the undersigned's knowledge or consent. While the local rules direct parties to not include the judge's electronic signature on a proposed order, doing so may also, in some circumstances, constitute a federal crime. See 18

1

U.S.C. § 505; see also United States v. Bertrand, 596 F.2d 150 (6th Cir. 1979); Levinson v. United States, 47 F.2d 470 (6th Cir. 1931).

Another troubling aspect is that, once again, the parties waited until almost the last minute to purport to seek relief, despite the Court's clear admonishment that the parties act promptly and not wait until the eve of a deadline to seek extensions of time, whether unilaterally or by stipulation. E.g., 3/1/2019 Order (Dkt. 785).

For all these reasons, the Court orders counsel for all parties to show cause in writing on or before July 2, 2019, why they should not be sanctioned for their conduct.

SO ORDERED.

Dated: June 26, 2019                         s/Mark A. Goldsmith
        Detroit, Michigan                    MARK A. GOLDSMITH
                                             United States District Judge

2