UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case No. 16-cr-20460

v.

                                       HON. MARK A. GOLDSMITH

EDWIN MILLS, et al.,

        Defendants.

_____/

## ORDER REGARDING DEFENDANT CARLO WILSON'S MOTION FOR MENTAL COMPETENCY HEARING (Dkt. 965)

On June 26, 2019, the Court held a telephonic status conference to discuss Defendant Carlo Wilson's motion for a mental competency hearing pursuant to 18 U.S.C. § 4241 (Dkt. 965). During the conference, the Court set the following briefing schedule:

- **July 8, 2019**: Deadline for the Government to file its response to Wilson's motion for a mental competency hearing;

- **July 12, 2019**: Deadline for Wilson to file a reply to the Government's response.

In its response, the Government shall propose a licensed or certified psychiatrist and/or psychologist in the event the Court grants Wilson's motion and orders a mental competency examination. See 18 U.S.C. § 4241(b) ("Prior to the date of the hearing, the court may order that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of section 4247 (b) and (c)."); 18 U.S.C. § 4247(b) ("A psychiatric or psychological examination ordered pursuant to this chapter shall be conducted by a licensed or certified psychiatrist or psychologist, or, if the court finds it appropriate, by more than one such examiner. Each examiner shall be designated by the court . . . ."). Wilson shall then address the Government's proposal in his reply.

1

2

SO ORDERED.

Dated:  June 27, 2019                                              s/Mark A. Goldsmith
        Detroit, Michigan                                       MARK A. GOLDSMITH
                                     United States District Judge