UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CRIMINAL NO. 2:16-CR-20460
v. )
) HON. MARK A. GOLDSMITH
D-2 CARLO WILSON, )
)
Defendant. )

## GOVERNMENT'S MEMORANDUM REGARDING RULE 17 SUBPOENAS

The United States of America files this memorandum as directed by the Court to provide all subpoenas issued in this case under Federal Rule of Criminal Procedure 17 "that call for the production of documents" (ECF 1298, p. 7). The government has identified four subpoenas responsive to the Court's inquiry: three subpoenas dated June 3, 2019 that were issued to the General Counsel of the Detroit Public Schools Community District; and one subpoena dated June 3, 2019 that was issued to the Huron County Jail (Ex. A). Also, as directed by the Court, the government has attached as an exhibit to this memorandum a declaration of United States Attorney Matthew Schneider (Ex. B; ECF 1298, p. 7).

Respectfully submitted,

MATTHEW SCHNEIDER
UNITED STATES ATTORNEY

/s/Louis Crisostomo
Louis Crisostomo
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100
Louis.Crisostomo@usdoj.gov
IL 6288094

/s/Robert Moran
Robert Moran
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100
Robert.Moran@usdoj.gov
P46346

/s/Andrew Picek
Andrew Picek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100
Andrew.Picek@usdoj.gov
OH 0082121

/s/James Peterson
James Peterson
Trial Attorney, Capital Case Section
1331 F Street, N.W., 6th Floor
Washington, DC 20530
(202) 353-0796
James.D.Peterson@usdoj.gov
VA 35373

Dated: July 20, 2020

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing.

/s/Louis Crisostomo
Louis Crisostomo
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100
Louis.Crisostomo@usdoj.gov
IL 6288094