UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Criminal Action No.
        16-20460

        HON. MARK A. GOLDSMITH

D-2 CARLO WILSON,

        Defendant.

_____/

## ORDER REGARDING DEFENDANT CARLO WILSON'S COUNSEL

Ashwin Cattamanchi and Michael Burt have been terminated as counsel to Defendant Carlo Wilson.

SO ORDERED.

Dated:  December 1, 2021
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge