UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-1 EDWIN MILLS,
D-2 CARLO WILSON,

        Defendants.

_____/

Criminal Action No.
16-20460

HON. MARK A. GOLDSMITH

### ORDER DENYING AS MOOT MOTIONS

Defendant, Carlo Wilson, entered a plea of guilty to count one of the third superseding indictment on August 24, 2022. Defendant, Edwin Mills, entered a plea of guilty to count one of the third superseding indictment on October 19, 2022. The Court denies all pending motions in this case as moot (Dkt Nos. 533,554, 638, 639, 640, 641, 642, 644, 645, 663, 665, 668,979,980,1022, 1023, 1095, 1109, 1112, 1126 1138, 1139, 1404, 1632, 1642, 1647)

        SO ORDERED.

Dated:  December 21, 2022
      Detroit, Michigan

s/Mark A. Goldsmith_____
MARK A. GOLDSMITH
United States District Judge