UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                   Miscellaneous Case No.
    Plaintiff,                         24-mc-50463

v.                                   HON. MARK A. GOLDSMITH

CARLO WILSON,

    Defendant.

_____/

## ORDER GRANTING MOTION TO UNSEAL (Dkt. 1)

The Michigan Attorney Grievance Administrator and Michigan Attorney Grievance Commission filed a motion (Dkt. 1) to unseal certain filings in United States v. Carlo Wilson, 16-cr-20460, viz. Dkts. 213, 214, and 234. The movants provided notice of the motion to Wilson, two attorneys for the Government, and two former attorneys for Wilson. No response to the motion has been filed. The Court, therefore, grants the motion to unseal.

       SO ORDERED.

Dated: April 22, 2025                 s/Mark A. Goldsmith
     Detroit, Michigan              MARK A. GOLDSMITH
                                 United States District Judge